# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANGELO FERGUSEN, A/K/A ANGELO FERGUSON,

        Appellant,

vs.

THE STATE OF NEVADA,

        Respondent.

No. 72927

**FILED**

JUL 07 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from "the final judgment/order...entered in this action on the 4 day of 17, 2017." Eighth Judicial District Court, Clark County; Adriana Escobar, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, no order was entered on April 17, 2017. To the extent that appellant appeals in regard to a postconviction petition for a writ of habeas corpus, no decision, oral or written, had been made on the petition when appellant filed his appeal on April 24, 2017. Accordingly, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____ J.
Gibbons

_____, J.
Pickering

---

[1]In light of this order, we take no action on the pro se document filed on May 16, 2017.

cc: Hon. Adriana Escobar, District Judge
Angelo Fergusen
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A